# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0396
LT Case No. 2014-CF-001802

_____

ARTHUR A. GROSSIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Arthur A. Grossie, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Darcy
Townsend, Assistant Attorney General, Tallahassee, for Appellee.

August 20, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J, and EISNAUGLE and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____